Mark Berkowitz
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel:    (212) 216-8000
Fax:   (212) 216-8001
mberkowitz@tarterkrinsky.com

*Attorneys for Plaintiff Ababoo LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ABABOO LLC, | |
| Plaintiff, | Civil Action No. 2:23-cv-01217-SDW-JSA |
| v. | |
| PLEXON, INC., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ababoo LLC hereby voluntarily dismisses this action with prejudice and without costs to any party.

Dated: March 13, 2023
        New York, New York

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**

By: *s/ Mark Berkowitz*
    Mark Berkowitz
    1350 Broadway, 11th Floor
    New York, NY 10018
    (212) 216-8000
    mberkowitz@tarterkrinsky.com

*Attorneys for Plaintiff Ababoo LLC*

SO ORDERED.
/s/ Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: March 14, 2023